249 So.2d 638

**In re Weldon H. DONOVAN**

**v.**

**STATE.**

**Ex parte Weldon H. Donovan.**

**4 Div. 419.**

Supreme Court of Alabama.

June 10, 1971.

J. Hubert Farmer, Dothan, for petitioner.

William J. Baxley, Atty. Gen., for the State.

MERRILL, Justice.

Petition of Weldon H. Donovan for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Donovan v. State, 47 Ala.App. 18, 249 So.2d 635.

Writ denied.

HEFLIN, C. J., and LAWSON, HARWOOD and McCALL, JJ., concur.

250 So.2d 695

**David G. DURHAM**

**v.**

**STATE.**

**Ex parte David G. Durham.**

**1 Div. 616.**

Supreme Court of Alabama.

Feb. 5, 1970.

Frank W. Riggs, III, Montgomery, for petitioner.

MacDonald Gallion, Atty. Gen., for the State.

LIVINGSTON, Chief Justice.

Petition of David G. Durham for certiorari to the Court of Criminal Appeals to review and revise the judgment and decision in Durham v. State, 250 So.2d 693 (1 Div. 6).

Writ denied.

All the Justices concur, except LAWSON and COLEMAN, JJ., dissent.